Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Department of State
was received by me on *(date)* 4/13/2022 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
I served the Department of State by serving the United States (see below) and by mailing a copy of the summons and of the complaint by USPS certified mail to the Department of State on 4/14/2022. Please see the attached USPS receipt, showing delivery address, and delivery confirmation, showing that the summons and complaint were delivered on 4/19/2022.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/25/2022

_____
Server's signature

Helen Zhong, Paralegal
*Printed name and title*

475 Riverside Drive, Suite 302
New York, NY 10115
*Server's address*

Additional information regarding attempted service, etc:

I served the United States by (1) mailing a copy of the complaint and all summonses by USPS certified mail to the Attorney General of the United States on 4/14/2022; and (2) mailing a copy of the complaint and all summonses to the civil process clerk at the U.S. Attorney's Office for the Southern District of New York by USPS certified mail on 4/14/2022. Please see the attached USPS receipts, showing delivery addresses, and delivery confirmations, showing that the summonses and complaint were delivered on 4/19/2022 and 4/18/2022 respectively.



# Receipt

Print Date: Apr 14, 2022

## RETURN TO

Knight First Amendment Institute

475 Riverside Dr, Suite 302

New York, NY 10115

## SHIP TO

U.S. Department of State

The Executive Office

Office of the Legal Adviser

Suite 5.600

Washington, DC 20522 US

helen.zhong@knightcolumbia.org

## SERVICE

First Class ® Large Envelope/Flat

Tracking

Insurance (N/A)

Certified Mail Cost

## REFERENCE

| | |
|---|---:|
| Ship Date: | Apr 13, 2022 |
| Ship from ZIP: | 10115 |
| Weight: | 0 lbs. 5 oz. |
| User: | kfaicolumbia |
| Cost Code: | <None> |
| Refund Type: | E-refund |
| Reference #: | |
| Printed on: | Shipping label |
| Tracking #: | 9407111899561685697585 |

**UNIT PRICE**

$1.96

$0.00

$3.75

|   |   |
|---|---:|
| Subtotal | $5.71 |
| Label Quantity | 1 |
| Total Cost | $5.71 |

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 9407111899561685697585                    Remove ✕

Your item was picked up at a postal facility at 6:00 am on April 19, 2022 in WASHINGTON, DC 20521.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Individual Picked Up at Postal Facility

April 19, 2022 at 6:00 am
WASHINGTON, DC 20521

Get Updates ⌄

---

Text & Email Updates                                          ⌄

---

Tracking History                                              ⌄

---

USPS Tracking Plus®                                           ⌄

---

Product Information                                           ⌄

---

See Less ⌃

## Can't find what you're looking for?



# Receipt

Print Date: Apr 19, 2022

## RETURN TO

Knight First Amendment Institute

475 Riverside Dr, Suite 302

New York, NY 10115

## SHIP TO

U.S. Attorney General

U.S. Department of Justice

950 Pennsylvania Ave Nw

Washington, DC 20530 US

## REFERENCE

| | |
|---|---|
| Ship Date: | Apr 13, 2022 |
| Ship from ZIP: | 10115 |
| Weight: | 0 lbs. 5 oz. |
| User: | kfaicolumbia |
| Cost Code: | <None> |
| Refund Type: | E-refund |
| Reference #: | |
| Printed on: | Shipping label |
| Tracking #: | 9407111899561685605641 |
| Carrier Acceptance Date: | Apr 14, 2022 |

| SERVICE | UNIT PRICE |
|---|---|
| First Class ® Large Envelope/Flat | $1.96 |
| Tracking | $0.00 |
| Insurance (N/A) | |
| Certified Mail Cost | $3.75 |
| | |
| Subtotal | $5.71 |
| Label Quantity | 1 |
| Total Cost | $5.71 |

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 9407111899561685605641

Remove ✕

Your item was picked up at a postal facility at 4:49 am on April 19, 2022 in WASHINGTON, DC 20530.

**USPS Tracking Plus® Available** ⌄

## ✓ Delivered, Individual Picked Up at Postal Facility

April 19, 2022 at 4:49 am
WASHINGTON, DC 20530

**Get Updates** ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

USPS Tracking Plus® ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?



# Receipt

Print Date: Apr 19, 2022

## RETURN TO

Knight First Amendment Institute

475 Riverside Dr, Suite 302

New York, NY 10115

## SHIP TO

Civil Process Clerk

Civil Division

U.S. Attorney's Oce Ā

86 Chambers St, 3rd Floor

New York, NY 10007 US

## REFERENCE

| | |
|---|---|
| Ship Date: | Apr 13, 2022 |
| Ship from ZIP: | 10115 |
| Weight: | 0 lbs. 5 oz. |
| User: | kfaicolumbia |
| Cost Code: | <None> |
| Refund Type: | E-refund |
| Reference #: | |
| Printed on: | Shipping label |
| Tracking #: | 9407111899561685911094 |
| Carrier Acceptance Date: | Apr 14, 2022 |

| SERVICE | UNIT PRICE |
|---|---|
| First Class ® Large Envelope/Flat | $1.96 |
| Tracking | $0.00 |
| Insurance (N/A) | |
| CertieĀd Mail Cost | $3.75 |
| | |
| Subtotal | $5.71 |
| Label Quantity | 1 |
| Total Cost | $5.71 |

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 9407111899561685911094

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 1:37 pm on April 18, 2022 in NEW YORK, NY 10007.

USPS Tracking Plus® Available ⌄

## ⊘ Delivered, Front Desk/Reception/Mail Room

April 18, 2022 at 1:37 pm
NEW YORK, NY 10007

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

USPS Tracking Plus® ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?