FOIA Summons (12/11) (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Office of the Director of National Intelligence

was received by me on *(date)*    4/13/2022    .

    ❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❒ I returned the summons unexecuted because _____ ; or

    ☒ Other *(specify):*
        I served the Office of the Director of National Intelligence by serving the United States (see below) and by
        mailing a copy of the summons and of the complaint by USPS certified mail to the Office of the Director of
        National Intelligence on 4/14/2022. Please see the attached USPS receipt, showing delivery address, and
        delivery confirmation, showing that the summons and complaint were delivered on 4/25/2022.

My fees are $    0.00    for travel and $    0.00    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    4/25/2022

                                          *Server's signature*

                                     Helen Zhong, Paralegal
                                        *Printed name and title*

                                   475 Riverside Drive, Suite 302
                                   New York, NY 10115
                                       *Server's address*

Additional information regarding attempted service, etc:

        I served the United States by (1) mailing a copy of the complaint and all summonses by USPS certified mail to the
        Attorney General of the United States on 4/14/2022; and (2) mailing a copy of the complaint and all summonses to the
        civil process clerk at the U.S. Attorney's Office for the Southern District of New York by USPS certified mail on
        4/14/2022. Please see the attached USPS receipts, showing delivery addresses, and delivery confirmations, showing
        that the summonses and complaint were delivered on 4/19/2022 and 4/18/2022 respectively.

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee   $3.75

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)         $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required            $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage   $1.56

$

Total Postage and Fees   $5.31

$

Postmark
Here

04/14/2022

Sent To
Office Of the Director of Nat. Intelligence
*Street and Apt. No., or PO Box No.*
Office of General Counsel
*City, State, ZIP+4®*
Washington, Dc 20511

PS Form 3800, April 2015 PSN 7530-02-000-9047   **See Reverse for Instructions**

7021 2720 0003 2177 6465

# USPS Tracking®

**FAQs ›**

### Track Another Package  **+**

**Tracking Number:** 70212720000321776465

Remove ✕

Your item was picked up at a postal facility at 6:31 am on April 25, 2022 in WASHINGTON, DC 20505.

**USPS Tracking Plus® Available** ⌄

## ✓ Delivered, Individual Picked Up at Postal Facility

April 25, 2022 at 6:31 am
WASHINGTON, DC 20505

**Get Updates** ⌄

---

**Text & Email Updates**       ⌄

---

**Tracking History**       ⌄

---

**USPS Tracking Plus®**       ⌄

---

**Product Information**       ⌄

---

**See Less** ⌃

## Can't find what you're looking for?



# Receipt

Print Date: Apr 19, 2022

## RETURN TO

Knight First Amendment Institute

475 Riverside Dr, Suite 302

New York, NY 10115

## SHIP TO

U.S. Attorney General

U.S. Department of Justice

950 Pennsylvania Ave Nw

Washington, DC 20530 US

## REFERENCE

| | |
|---|---|
| Ship Date: | Apr 13, 2022 |
| Ship from ZIP: | 10115 |
| Weight: | 0 lbs. 5 oz. |
| User: | kfaicolumbia |
| Cost Code: | <None> |
| Refund Type: | E-refund |
| Reference #: | |
| Printed on: | Shipping label |
| Tracking #: | 9407111899561685605641 |
| Carrier Acceptance Date: | Apr 14, 2022 |

| SERVICE | UNIT PRICE |
|---|---|
| First Class ® Large Envelope/Flat | $1.96 |
| Tracking | $0.00 |
| Insurance (N/A) | |
| Certified Mail Cost | $3.75 |

| | | |
|---|---|---|
| | Subtotal | $5.71 |
| | Label Quantity | 1 |
| | Total Cost | $5.71 |

# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 9407111899561685605641

Remove ✕

Your item was picked up at a postal facility at 4:49 am on April 19, 2022 in WASHINGTON, DC 20530.

**USPS Tracking Plus® Available** ⌄

## ⊘ Delivered, Individual Picked Up at Postal Facility

April 19, 2022 at 4:49 am
WASHINGTON, DC 20530

**Get Updates** ⌄

---

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

## Can't find what you're looking for?



# Receipt

Print Date: Apr 19, 2022

## RETURN TO

Knight First Amendment Institute

475 Riverside Dr, Suite 302

New York, NY 10115

## SHIP TO

Civil Process Clerk

Civil Division

U.S. Attorney's Oﬀce Ã

86 Chambers St, 3rd Floor

New York, NY 10007 US

## REFERENCE

| | |
|---|---|
| Ship Date: | Apr 13, 2022 |
| Ship from ZIP: | 10115 |
| Weight: | 0 lbs. 5 oz. |
| User: | kfaicolumbia |
| Cost Code: | <None> |
| Refund Type: | E-refund |
| Reference #: | |
| Printed on: | Shipping label |
| Tracking #: | 9407111899561685911094 |
| Carrier Acceptance Date: | Apr 14, 2022 |

## SERVICE

## UNIT PRICE

| | |
|---|---|
| First Class ® Large Envelope/Flat | $1.96 |
| Tracking | $0.00 |
| Insurance (N/A) | |
| Certieﬁd Mail Cost | $3.75 |

| | |
|---|---|
| Subtotal | $5.71 |
| Label Quantity | 1 |
| Total Cost | $5.71 |

# USPS Tracking®

**FAQs** ›

### Track Another Package  +

**Tracking Number:** 9407111899561685911094                    Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 1:37 pm on April 18, 2022 in NEW YORK, NY 10007.

**USPS Tracking Plus® Available** ⌄

## ⊘ Delivered, Front Desk/Reception/Mail Room

April 18, 2022 at 1:37 pm
NEW YORK, NY 10007

**Get Updates** ⌄

---

**Text & Email Updates**                                          ⌄

---

**Tracking History**                                              ⌄

---

**USPS Tracking Plus®**                                           ⌄

---

**Product Information**                                           ⌄

---

**See Less** ⌃

## Can't find what you're looking for?