FOIA Summons (12/11) (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* see note below
was received by me on *(date)* 4/13/2022 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
I mailed a copy of the complaint and the summonses for all defendants by USPS certified mail to the Attorney General of the United States on 4/14/2022. Please see the attached USPS receipt, showing the delivery address, and the delivery confirmation, showing that the summonses and complaint were delivered on 4/19/2022.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/25/2022

*Server's signature*

Helen Zhong, Paralegal
*Printed name and title*

475 Riverside Drive, Suite 302
New York, NY 10115
*Server's address*

Additional information regarding attempted service, etc:



# Receipt

Print Date: Apr 19, 2022

## RETURN TO

Knight First Amendment Institute

475 Riverside Dr, Suite 302

New York, NY 10115

## SHIP TO

U.S. Attorney General

U.S. Department of Justice

950 Pennsylvania Ave Nw

Washington, DC 20530 US

## REFERENCE

| | |
|---|---:|
| Ship Date: | Apr 13, 2022 |
| Ship from ZIP: | 10115 |
| Weight: | 0 lbs. 5 oz. |
| User: | kfaicolumbia |
| Cost Code: | <None> |
| Refund Type: | E-refund |
| Reference #: | |
| Printed on: | Shipping label |
| Tracking #: | 9407111899561685605641 |
| Carrier Acceptance Date: | Apr 14, 2022 |

| SERVICE | UNIT PRICE |
|---|---:|
| First Class ® Large Envelope/Flat | $1.96 |
| Tracking | $0.00 |
| Insurance (N/A) | |
| Certified Mail Cost | $3.75 |
| | |
| Subtotal | $5.71 |
| Label Quantity | 1 |
| Total Cost | $5.71 |

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 9407111899561685605641

Remove ✕

Your item was picked up at a postal facility at 4:49 am on April 19, 2022 in WASHINGTON, DC 20530.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Individual Picked Up at Postal Facility

April 19, 2022 at 4:49 am
WASHINGTON, DC 20530

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

USPS Tracking Plus® ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?