FOIA Summons (12/11) (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* see note below
was received by me on *(date)* 4/13/2022 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
I mailed a copy of the complaint and the summonses for all defendants by USPS certified mail to the civil process clerk at the U.S. Attorney's Office for the Southern District of New York on 4/14/2022. Please see the attached USPS receipt, showing the delivery address, and the delivery confirmation, showing that the summonses and complaint were delivered on 4/18/2022.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/25/2022

*Server's signature*

Helen Zhong, Paralegal
*Printed name and title*

475 Riverside Drive, Suite 302
New York, NY 10115
*Server's address*

Additional information regarding attempted service, etc:



# Receipt

Print Date: Apr 19, 2022

## RETURN TO

Knight First Amendment Institute

475 Riverside Dr, Suite 302

New York, NY 10115

## SHIP TO

Civil Process Clerk

Civil Division

U.S. Attorney's Office

86 Chambers St, 3rd Floor

New York, NY 10007 US

## REFERENCE

| | |
|---|---|
| Ship Date: | Apr 13, 2022 |
| Ship from ZIP: | 10115 |
| Weight: | 0 lbs. 5 oz. |
| User: | kfaicolumbia |
| Cost Code: | <None> |
| Refund Type: | E-refund |
| Reference #: | |
| Printed on: | Shipping label |
| Tracking #: | 9407111899561685911094 |
| Carrier Acceptance Date: | Apr 14, 2022 |

## SERVICE                                                    UNIT PRICE

| | |
|---|---:|
| First Class ® Large Envelope/Flat | $1.96 |
| Tracking | $0.00 |
| Insurance (N/A) | |
| CertieĀd Mail Cost | $3.75 |
| | |
| Subtotal | $5.71 |
| Label Quantity | 1 |
| Total Cost | $5.71 |

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 9407111899561685911094                                    Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 1:37 pm on April 18, 2022 in NEW YORK, NY 10007.

**USPS Tracking Plus® Available** ⌄

## ⊘ Delivered, Front Desk/Reception/Mail Room

April 18, 2022 at 1:37 pm
NEW YORK, NY 10007

**Get Updates** ⌄

---

Text & Email Updates                                                              ⌄

---

Tracking History                                                                  ⌄

---

USPS Tracking Plus®                                                               ⌄

---

Product Information                                                               ⌄

---

**See Less** ⌃

## Can't find what you're looking for?