

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

┌─────────────────────┐
│ **MEMO ENDORSED** │
└─────────────────────┘

*86 Chambers Street*
*New York, New York 10007*

June 28, 2024

<u>Via ECF</u>
Honorable Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:  *Knight First Amendment Institute at Columbia Univ. v. U.S. Dep't of State et al.,*
        22 Civ. 3003 (DEH)

Dear Judge Ho:

      This Office represents defendants the U.S. Department of State ("State"), the U.S. Department of Homeland Security ("DHS"), and the Office of the Director of National Intelligence ("ODNI"; collectively with State and DHS, "Defendants" or the "Agencies") in the above-referenced case brought by plaintiff Knight First Amendment Institute at Columbia University ("Plaintiff") pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

      I write respectfully on behalf of both parties to provide a status update pursuant to the Court's order dated May 30, 2024, Dkt. No. 47.

      As noted in the parties' last joint status request, Dkt. No. 46, Plaintiff has requested additional information from the Agencies concerning certain of Defendants' withholdings from the records produced in response to Plaintiff's FOIA request.  The Agencies need additional time to continue reviewing and respond to Plaintiff's requests for information.

      Accordingly, the parties respectfully propose to provide another status update within 30 days, by July 29, 2024.[1]  This will provide an opportunity for the Agencies to gather additional information and for the parties to confer regarding outstanding issues concerning the productions to date.  If there are disputes remaining following the parties' discussions, the parties plan to confer regarding a proposed briefing schedule to resolve those issues.

---

[1] July 28, 2024, falls on a Sunday.  As a result, under Fed. R. Civ. P. 6(a)(1), the deadline is extended until Monday, July 29, 2024.

Page 2

We thank the Court for its consideration of this matter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:    /s/ Samuel Dolinger
SAMUEL DOLINGER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2677
samuel.dolinger@usdoj.gov

cc: Counsel of record (via ECF)

The parties shall provide a status update by **July 29, 2024**.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: July 1, 2024
New York, New York