

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*86 Chambers Street*
*New York, New York 10007*

July 29, 2024

Via ECF
Honorable Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: *Knight First Amendment Institute at Columbia Univ. v. U.S. Dep't of State et al.*,
        22 Civ. 3003 (DEH)

Dear Judge Ho:

    This Office represents defendants the U.S. Department of State ("State"), the U.S. Department of Homeland Security ("DHS"), and the Office of the Director of National Intelligence ("ODNI"; collectively with State and DHS, "Defendants" or the "Agencies") in the above-referenced case brought by plaintiff Knight First Amendment Institute at Columbia University ("Plaintiff") pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

    I write respectfully on behalf of both parties to provide a status update pursuant to the Court's order dated July 1, 2024, Dkt. No. 49.

    As noted in the parties' last joint status request, Dkt. No. 48, the parties are engaged in discussions to attempt to potentially narrow or resolve disputed issues. Plaintiff has requested additional information from the Agencies concerning certain of Defendants' withholdings from the records produced in response to Plaintiff's FOIA request. Since the last status report, DHS and ODNI have responded to Plaintiff's questions; State is still preparing its response.

    The parties respectfully propose to provide another status update within 30 days, or by August 29, 2024. This will provide an opportunity for State to respond to Plaintiff's questions; for Plaintiff to review the Agencies' responses to its questions (as well as other information produced in this matter); and for the parties to confer about any additional follow-up questions or issues. If, by August 29, the parties have determined that disputed issues remain that they cannot resolve themselves, the parties plan to confer regarding a proposed briefing schedule on cross-motions for summary judgment.

We thank the Court for its consideration of this matter.

                                          Respectfully submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney for the
                                          Southern District of New York

By:   /s/ Peter Aronoff
       PETER ARONOFF
       SAMUEL DOLINGER
       Assistant United States Attorneys
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       Tel.: (212) 637-2697/2677
       peter.aronoff@usdoj.gov
       samuel.dolinger@usdoj.gov

cc: Counsel of record (via ECF)

The parties shall provide a status update by **August 29, 2024.** If disputed issues remain, the parties shall meet and confer and propose a briefing schedule, and outline the grounds for cross-motions for summary judgment.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: July 30, 2024
New York, New York