AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern _____ **District of** _____ New York

| | |
|---|---|
| Knight First Amendment Institute, | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| U.S. Department of State et al., | |
| Defendant (s), | **CASE NUMBER:** 22 Civ. 3003 (DEH) |

Notice is hereby given that, subject to approval by the court, <u>Defendants</u> substitutes
(Party (s) Name)

<u>AUSA Peter Aronoff</u> , State Bar No. <u>5070669</u> as counsel of record in
(Name of New Attorney)

place of <u>AUSA Samuel Dolinger</u> .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: U.S. Attorney's Office, Southern District of New York

Address: 86 Chambers Street, 3rd Floor

Telephone: (212) 637-2697        Facsimile _____

E-Mail (Optional): peter.aronoff@usdoj.gov

I consent to the above substitution.

Date: _____        N/A
(Signature of Party (s))

I consent to being substituted.

Date: 4/12/2026        _____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 4/14/2026        _____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____        _____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**