✎AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**District of** _____

_____ Plaintiff (s),

V.

_____ Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** _____

Notice is hereby given that, subject to approval by the court, _____ substitutes
(Party (s) Name)

_____ , State Bar No. 5070669 as counsel of record in
(Name of New Attorney)

place of _____ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: _____

Address: _____

Telephone: _____ Facsimile _____

E-Mail (Optional): _____

I consent to the above substitution.

Date: _____

_____
N/A
(Signature of Party (s))

I consent to being substituted.

Date: _____

_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 4/14/2026

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**