AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern _____ **District of** _____ New York

Knight First Amendment Institute,

               Plaintiff (s),

V.

U.S. Department of State et al.,

               Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:  22 Civ. 3003 (DEH)

Notice is hereby given that, subject to approval by the court, __Defendants__ substitutes
                                     (Party (s) Name)

AUSA Peter Aronoff _____ , State Bar No. __5070669__ as counsel of record in
        (Name of New Attorney)

place of __AUSA Samuel Dolinger__ .
              (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     U.S. Attorney's Office, Southern District of New York

Address:     86 Chambers Street, 3rd Floor

Telephone:     (212) 637-2697     Facsimile _____

E-Mail (Optional):     peter.aronoff@usdoj.gov

I consent to the above substitution.

Date: _____

                       N/A
                    (Signature of Party (s))

I consent to being substituted.

Date:     4/12/2026

                    (Signature of Former Attorney (s))

I consent to the above substitution.

Date:     4/14/2026

                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:     April 23, 2026

                    Dale E. Ho
                    United States District Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**